OPINION — AG — **** PURCHASE OR REPAIR EXPENSES OF RADIO EQUIPMENT IMPROPER EXPENDITURE FROM COURT FUND **** THE PURCHASE, INSTALLATION AND REPAIR OF A POLICE RADIO OR ANY OTHER RADIO EQUIPMENT FOR THE ASSOCIATE DISTRICT JUDGE'S OR PROBATION OFFICER'S AUTOMOBILE IS AN IMPROPER EXPENDITURE FROM A COURT FUND. IT WOULD HAVE BEEN IMPROPER EXPENDITURE FOR RADIO EQUIPMENT TO BE PURCHASED FOR AN ASSOCIATE DISTRICT JUDGE OR PROBATION OFFICER PRIOR TO JANUARY 1, 1972, FROM UNAPPROPRIATED SURPLUS COURT FUNDS PURSUANT TO 20 O.S. 1970 Supp., 1309 [20-1309] AND 62 O.S. 1961 338 [62-338] WHICH HAVE BEEN SINCE BEEN REPEALED. CITE: 20 O.S. 1971 1301 [20-1301], 20 O.S. 1971 1304 [20-1304], 19 O.S. 1970 Supp. 771-778, [19-771], [19-778]. 20 O.S. 1961 1309 [20-1309] (STEVEN E. MOORE)